IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| v. | § | Case No. 4:20-CR-193 |
| | § | Judge Mazzant |
| PHYLLIS HAMILTON a/k/a | § | |
| PHYLLIS PAGE | § | |

## **ELEMENTS OF THE OFFENSE**

The elements of the offense in this case for Count Three charged in the Indictment based on 20 U.S.C. § 1097(a) are as follows:

**First:** That the defendant knowingly and willfully embezzled, misapplied, or stole; or obtained by fraud, false statement, or forgery, or failed to refund; or attempted to do so;

**Second:** Funds, assets, or property;

**Third:** Said funds, assets, or property were provided or insured under subchapter IV of Chapter 28 of United States Code Title 20 or part C of subchapter I of chapter 34 of United States Code Title 42.

The elements of the offense in this case for Count Six charged in the Indictment based on 18 U.S.C. § 641 are as follows:

**First:** First: That the money described in the Indictment belonged to the United States government;

1

**Second:** That the defendant embezzled or stole such money to the defendant's own use or to the use of another;

**Third:** That the defendant did so knowing the money was not hers and with intent to deprive the owner of the use or benefit of the money; and

**Fourth:** That such property then had a value in excess of $1,000.

Respectfully submitted,

STEPHEN J. COX
UNITED STATES ATTORNEY

   */s/ Thomas E. Gibson*
BY: THOMAS E. GIBSON
Assistant United States Attorney
Texas State Bar No. 07875450
Email: tom.gibson@usdoj.gov
101 East Park Boulevard, Suite 500
Plano, Texas 75074
972-509-1201
Fax: 972-509-1209

ATTORNEY FOR THE UNITED STATES

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2020, I electronically served a true and correct copy of this document on counsel for the defendant by means of the Court's CM-ECF system.

   */s/ Thomas E. Gibson*
Thomas E. Gibson, AUSA