IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No. 4:20-CR-00193 ALM/KPJ |
| PHYLLIS HAMILTON<br>  a/k/a Phyllis Page | § § | |

### PRELIMINARY ORDER OF FORFEITURE

The defendant, **Phyllis Hamilton**, entered into a plea agreement with the United States in which the defendant agreed to forfeit to the United States the sum of $9,851.23, representing the proceeds of the offense charged in Count Six of the Indictment (charging a violation of 18 U.S.C. § 641), to which the defendant has pled guilty. The indictment in this case includes a notice of forfeiture that includes forfeiture of proceeds of the offense charged in Count Six, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461.

The United States has filed a Motion for Preliminary Order of Forfeiture requesting a preliminary order of money judgment forfeiture against the defendant in the amount of $9,851.23.

Rule 32.2(c)(1) provides that "no ancillary proceeding is required to the extent that the forfeiture consists of a money judgment."

IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.    The defendant, **Phyllis Hamilton**, shall forfeit to the United States the sum of $9,851.23, which shall be a money judgment representing the proceeds of the offense

charged in Count Six of the Indictment, to which the defendant has pleaded guilty, pursuant to 18 U.S.C. § 981(a)(1)(c) and 28 U.S.C. § 2461.

2. This order shall become final as to the defendant at the time of sentencingand shall be made part of the sentence and included in the judgment, pursuant to Fed.R.Crim.P. 32.2(b)(4).

3. The United States may, at any time, move to amend this preliminary order of forfeiture to include substitute property having a value not to exceed $9,851.23 to satisfy the money judgment in whole or in part.

4. Because the forfeiture consists of a money judgment, no ancillary proceeding is necessary, pursuant to Fed.R.Crim.P. 32.2(c)(1).

**So ORDERED and SIGNED this 13th day of November, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE